# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Thorpe,<br><br>          Plaintiff,<br><br>v.<br><br>VirTra Systems Incorporated,<br><br>          Defendant. | No. CV-16-03612-PHX-ROS<br><br>**ORDER** |

Pursuant to the Parties' Joint Motion Requesting Approval of Settlement and good cause appearing,

**IT IS ORDERED** the motion (Doc. 50) is **GRANTED**. The Parties' Settlement Agreement attached as an Exhibit to the Motion is approved. The above-captioned matter is dismissed with prejudice, with each party to bear its own fees and costs.

Dated this 8th day of December, 2017.

Honorable Roslyn O. Silver
Senior United States District Judge